FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
MAR 0 2 2011
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00051 |
| | ) | |
| DAVID DARNELL BROWN | ) | |

## SEALING ORDER

This matter comes before the Court on the Government's Motion to Seal the Indictment. It is hereby ordered that:

The motion is granted and the Indictment is ordered sealed as to the above-named defendant, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk to the United States Marshals Service, the Bureau of Alcohol Tobacco and Firearms (ATF), and/or the Drug Enforcement Administration (DEA) to permit the Marshal, ATF, and/or DEA to perform statutorily authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the U.S. Marshal, DEA, and/or ATF, to serve them only on counsel for the Government.

It is so ORDERED this the 2 day of March, 2011.

_____
Judge