IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 11-00051 |
| | ) | |
| DAVID DARNELL BROWN | ) | JUDGE CAMPBELL |

## **ORDER**

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered unsealed.

_____
Joe Brown
United States Magistrate Judge