PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: David Darnell Brown          Case Number: 3:11-00051-01

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentences: July 13, 2012

Original Offenses: Ct. 1 - 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm; Ct. 2 - 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

Original Sentences: 18 months' custody on each count, concurrent, followed by 3 years' supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: November 26, 2013

Assistant U.S. Attorney: Blanche B. Cook          Defense Attorney: Glenn R. Funk

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 16 day of May, 2014, and made a part of the records in the above case.

_____
Honorable Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place: Columbia, Tennessee

Date: May 16, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall participate in a program of drug testing at the direction of the Probation Officer:**

Mr. Brown failed to report for random urine screens at the U.S. Probation Office, Nashville, Tennessee, on March 27, 2014, and May 15, 2014.

This officer spoke with Mr. Brown on March 28, 2014, concerning the missed urine screen the previous day. He advised that he simply forgot to call the code-a-phone line that day. He was verbally reprimanded and reminded that he is to call daily. On May 16, 2014, this officer spoke with Mr. Brown regarding the missed urine screen on May 15, 2014. Mr. Brown advised that he believed he was still on Phase 2, when in fact he had been reduced to Phase 3 earlier in the month and a letter was sent advising him of such. He indicated that he would be on his way to submit a urine screen as soon as possible. Mr. Brown did, in fact, report, and the result was negative.

### Compliance with Supervision Conditions and Prior Interventions:

David Darnell Brown is a resident of Rutherford County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since November 26, 2013. He is self-employed as a musical artist and resides in Murfreesboro with his girlfriend. The probation officer completes frequent surprise home visits at the offender's residence.

Since his supervision began, Mr. Brown has submitted 12 urine screens, all of which have been negative.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Brown continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer