# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

DAVID DARNELL BROWN

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 3:11-00051; 3:15-00144
USM Number: 20669-075

J. Alex Little
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) __One (1) through Four (4)__ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state, or local crime | 3/8/2016 |
| 2 | Defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer | 4/25/2016 |
| 3 | Defendant shall not commit another federal, state, or local crime | 7/20/2016 |
| 4 | Defendant shall have no contact, directly or indirectly, with Ms. Lucresia R. Neal | 8/7/2016 |

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __6663__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:
    Murfreesboro, Tennessee

August 10, 2016
Date of Imposition of Judgment

*/s/ Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

August 10, 2016
Date

AO 245D      (Rev. 12/07 Judgment in a Criminal Case

| | |
|---|---|
| DEFENDANT: DAVID DARNELL BROWN | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:11-00051; 3:15-00144 | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  seven (7) months

No period of Supervised Release is imposed.

__X__   The Court makes the following recommendations to the Bureau of Prisons:

1. Incarceration near Nashville, Tennessee, to be close to family.

__X__   The Defendant is remanded to the custody of the United States Marshal.

____   The Defendant shall surrender to the United States Marshal for this District:

   ____ at _____ p.m. on _____

   ____ as notified by the United States Marshal.

____   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal